AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S. MARSHALS W/TX
RECEIVED

OCT 1 0 2024

DEL RIO, TX

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHNNY EMERSON | ) | Case No. DR-21-CR-0632 (01) |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JOHNNY EMERSON__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

Date: 10/10/2024

*Issuing officer's signature*
D. De Luna, Operations Clerk
*Printed name and title*

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

City and state: Del Rio, Texas
Bail fixed at $: NO BOND

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22