AO 442 (Rev. 11/11) Arrest Warrant

#11154956

## UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
December 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA
DEPUTY

United States of America
v.
JOHNNY EMERSON

)
)
)
)
)
)
)

Case No. DR-21-CR-0632 (01)

Defendant

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOHNNY EMERSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☒ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
PLEASE SEE ATTACHMENT

U.S. MARSHALS W/TX
RECEIVED
OCT 11 2024
DEL RIO, TX

Date: 10/10/2024

*Issuing officer's signature*
D. De Luna, Operations Clerk
*Printed name and title*

City and state:  Del Rio, Texas
Bail fixed at $:  NO BOND

Chief U.S. District Judge Alia Moses
*Judicial Officer's Name*

| Return |
|---|
| This warrant was received on *(date)* 10/11/2024, and the person was arrested on *(date)* 12/05/2024 at *(city and state)* San Antonio, TX. |
| Date: 12/13/2024 |

*Arresting officer's signature*

Crystal Pon, IA USMS Del Rio
*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22