# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | Case Number: DR:21-CR-00632(1)-AM |
| (1) Johnny Emerson<br>*Defendant* | § | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Johnny Emerson, a hearing was set for December 19, 2024.

Juan Neri, III was appointed to represent the defendant. On December 17, 2024, the attorney for the defendant filed a Waiver of Preliminary and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 17th day of December, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE